

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      UT Health Science Center-Houston v. Nancy Perkins

Appellate case number:    01-16-00901-CV

Trial court case number:  2015-60644

Trial court:              215th District Court of Harris County

Appellant UT Health Science Center-Houston characterizes its interlocutory appeal as an appeal from the trial court's denial of its plea to the jurisdiction. In the trial court, appellant asserted sovereign immunity, and it filed a combined plea to the jurisdiction and motion for summary judgment. The record contains a denial of the motion for summary judgment, but it does not include an express ruling on the plea to the jurisdiction.

It is not self-evident that the denial of appellant's motion for summary judgment in this case implies a denial of the jurisdictional plea. *See, e.g.*, *W. Travis County Pub. Util. Agency v. CCNG Dev. Co., L.P.*, No. 03-16-00521-CV, 2017 WL 74420, at *5 (Tex. App.—Austin Jan. 4, 2017, no pet. h.); *Waller Cty. v. City of Hempstead*, 453 S.W.3d 73, 75 (Tex. App.—Houston [1st Dist.] 2014, pet. denied). The issue is not addressed by the parties' briefs.

Appellant shall file a supplemental brief within 10 days, demonstrating a basis for exercising interlocutory appellate jurisdiction. *See* TEX. R. APP. P. 38.9(b). Appellee may file a responsive brief within 7 days after the filing of appellant's supplemental brief. To the extent that the order appealed from may not be appealable, this appeal may be dismissed for want of jurisdiction without further notice. *See* TEX. R. APP. P. 42.3(a).

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                    ☑ Acting individually    ☐ Acting for the Court


Date: April 4, 2017